# Exhibit 3



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**　　　　　　　　　　　　　Public Health Service

Centers for Disease Control
and Prevention (CDC)
Atlanta GA 30333

July 15, 2024

Aaron Siri
Attorney, Siri & Glimstad LLP
745 Fifth Ave., Suite 500
New York, NY  10151
Via email: foia@sirillp.com

Dear Mr. Siri:

This letter is in response to your Centers for Disease Control and Prevention and Agency for Toxic Substances and Disease Registry (CDC/ATSDR) Freedom of Information Act (FOIA) request of June 13, 2024, for

> [IR#10016B] The protocol and all data sets for the study titled, "Prevalence, incidence, and progression of human immunodeficiency virus infection in homosexual and bisexual men in hepatitis B vaccine trials, 1978-1988" published by the American Journal of Epidemiology in December 1989, attached hereto as Attachment A.
> Information helpful to fulfilling the request: Responsive records should include, but not be limited to, the following:
> (1)     The total number of trial participants who contracted human immunodeficiency virus (HIV) and who received at least one dose of the hepatitis B vaccine.
> (2)     The total number of trial participants who contracted HIV and who received the placebo only.
> (3)     The HIV infection rate by number of doses among trial participants by year.

A search conducted by personnel at the National Center for HIV, Viral Hepatitis, STD and TB Prevention (NCHHSTP) of their electronic records and databases failed to reveal any documents pertaining to your request.

You may contact our FOIA Public Liaison at 770-488-6246 for any further assistance and to discuss any aspect of your request.  Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer.  The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with the response to this request, you may administratively appeal to the Deputy Agency Chief FOIA Officer, Office of the Assistant Secretary for Public Affairs, U.S. Department of Health and Human Services, via the online portal at https://requests.publiclink.hhs.gov/App/Index.aspx. Please mark both your appeal letter and envelope "FOIA Appeal." Your appeal must be electronically transmitted by October 14, 2024.

　　　　　　　　　　　　　　　　　　　　Sincerely,

Roger Andoh
CDC/ATSDR FOIA Officer
Office of the Chief Operating Officer
(770) 488-6399
Fax: (404) 235-1852

#24-01222-FOIA