AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| Mississippi Medical Professionals for Informed Consent and Informed Consent Action Network<br><br>*Plaintiff(s)*<br>v.<br>Centers for Disease Control and Prevention and U.S. Department of Health and Human Services<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:25cv154 TBM-RPM<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Centers for Disease Control and Prevention
200 Independence Avenue S.W.
Washington, DC 20201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: R. Scott Pietrowski
Siri & Glimstad LLP
4780 I-55 North – Suite 100
Jackson, Mississippi 39211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or **motion with the court**.

ARTHUR JOHNSTON
*CLERK OF COURT*

Date: 5/30/25

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| Mississippi Medical Professionals for Informed Consent and Informed Consent Action Network<br><br>*Plaintiff(s)*<br>v.<br>Centers for Disease Control and Prevention and U.S. Department of Health and Human Services<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:25cv154 TBM-RPM<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* U.S. Department of Health and Human Services
200 Independence Avenue SW
Washington, DC 20201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: R. Scott Pietrowski
Siri & Glimstad LLP
4780 I-55 North – Suite 100
Jackson, Mississippi 39211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
*CLERK OF COURT*

Date: 5/30/25 _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| Mississippi Medical Professionals for Informed Consent and Informed Consent Action Network <br><br> *Plaintiff(s)* <br> v. <br> Centers for Disease Control and Prevention and U.S. Department of Health and Human Services <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:25cv154 TBM-RPM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  U.S. Attorney's Office for the Southern District of Mississippi
Attn: Civil Process Clerk
501 E. Court St., Suite 4.430
Jackson, MS  39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   R. Scott Pietrowski
Siri & Glimstad LLP
4780 I-55 North – Suite 100
Jackson, Mississippi 39211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
*CLERK OF COURT*

Date:  5/30/25

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| Mississippi Medical Professionals for Informed Consent and Informed Consent Action Network <br><br> *Plaintiff(s)* <br> v. <br> Centers for Disease Control and Prevention and U.S. Department of Health and Human Services <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) )     Civil Action No.  1:25cv154 TBM-RPM |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Hon. Pamela Bondi
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   R. Scott Pietrowski
Siri & Glimstad LLP
4780 I-55 North – Suite 100
Jackson, Mississippi 39211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
*CLERK OF COURT*

Date: ___5/30/25___   _____
*Signature of Clerk or Deputy Clerk*